<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-1714**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

DAVID E. COOPER; RUBY C. COOPER,

Claimants - Appellants,

versus

REAL PROPERTY LOCATED AT 9917 AMAZONA DRIVE,
HUNTERSVILLE, NORTH CAROLINA,

Defendant.

———————————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert D. Potter, Senior District Judge. (CA-97-354-3-P)

———————————

Submitted: February 29, 2000          Decided: March 30, 2000

———————————

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

David E. Cooper, Ruby C. Cooper, Appellants Pro Se. William A. Brafford, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David and Ruby Cooper appeal the district court's orders granting the United States' motion for forfeiture of the Defendant Property and denying the motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Cooper, No. CA-97-354-3-P (W.D.N.C. Feb. 9 and Oct. 4, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. The motion to remand the case to the district court is denied.

AFFIRMED